IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01892-WDM-CBS

TRACY SPENCER,

    Applicant,

v.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

    This action is before me on the Recommendation of United States Magistrate Judge [Doc. # 19] that Petitioner's Amended "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. Section 2254" [Doc. # 4), filed on October 3, 2006, be denied and the action dismissed with prejudice.

    Petitioner has filed timely specific objections to the recommendation. I have therefore reviewed the recommendation *de novo* in light of these objections and the file and record in this case. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b) (requiring *de novo* review "of any portion of the magistrate judge's disposition" of a dispositive motion "to which specific written objection has been made in accordance with this rule"). On such *de novo* review, I find that the Magistrate Judge's thorough and comprehensive analysis and recommendation are correct.

    Accordingly, IT IS ORDERED that the Recommendation of United States Magistrate Judge entered on March 3, 2008 [Doc. # 19] is ACCEPTED and ADOPTED,

the Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. Section 2254 [Doc. # 4] is DENIED, and the above-captioned matter is DISMISSED WITH PREJUDICE.

DATED at Denver, Colorado, on April 29, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge